IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

THOMAS MINCHEW,

    Plaintiff,

v.

Undersheriff RON CORBETT; Col. L. G. NEWSOME; Dr. GUNDERSON, and Nurse HIGHSMITH,

    Defendants.

CIVIL ACTION NO.: CV208-101

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Plaintiff's claims against Defendants Ron Corbett and L. G. Newsome are **DISMISSED**.

**SO ORDERED**, this 5 day of January, 2009.

HONORABLE LISA GODBEY WOOD
UNITED STATES DISTRICT JUDGE